Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Moody's Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
|---|---|
| VIVIANA RENDON (and HUSBAND, NESTOR R. VALENCIA), <br><br> Plaintiff, <br><br> -against- <br><br> ALAN KASMAN DBA KASCO, ET. AL., <br><br> Defendants. | INDEX NO.: 08-CV-02695 (AKH) <br><br> **NOTICE OF APPEARANCE** <br><br> **ELECTRONICALLY FILED** |

COUNSELOR:

     PLEASE TAKE NOTICE that Defendant, MOODY'S HOLDINGS, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       April 30, 2008

                                               Yours etc.,

        McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Defendant*
*Moody's Holdings, Inc.*

By: _____
    Richard S. Mills (RM-0206)
    John P. Cookson (JPC-9391)
    Wall Street Plaza
    88 Pine Street, 24th Floor
    New York, New York 10005
    (212) 483.9490

TO:    Worby Groner Edelman & Napoli Bern, LLP
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267.3700

       Gregory J. Cannata, Esq.
       Robert A. Grochow, Esq.
       233 Broadway, 5th Floor
       New York, New York 10279
       (212) 553.9206

       James E. Tyrrell, Jr., Esq.
       Patton Boggs LLP
       One Riverfront Plaza
       Newark, New Jersey 07102
       (973) 848.5600

       Thomas A. Egan, Esq.
       Fleming Zulack Williamson Zauderer, LLP
       One Liberty Plaza
       New York, New York 10006-1404
       (212) 412.9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of April 2008, I electronically filed the foregoing NOTICE OF APPEARANCE BY DEFENDANT MOODY'S HOLDING, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

McElroy, Deutsch, Mulvaney & Carpenter LLP

By: _____
Richard S. Mills (RM-0206)
John P. Cookson (JPC-9391)
*Attorneys for Defendant*
*Moody's Holdings, Inc.*
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490

3