UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                               :

IN RE WORLD TRADE CENTER LOWER     :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :

------------------------------------------------------------------X

VIVIANA RENDON (AND HUSBAND,        :   08-CV-02695-AKH
NESTOR R VALENCIA),

                              Plaintiffs,    :   **APPEARANCE**

   - against -                             :   **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,      :

                              Defendants.  :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York            DICKSTEIN SHAPIRO LLP
           June 30, 2008

                                   By:     /s/ Judith R. Cohen
                                               _____
                                               Judith R. Cohen (JC-8614)
                                               1177 Avenue of the Americas
                                               New York, New York 10036
                                               Phone: (212) 277-6500
                                               Fax: (212) 277-6501

                                               *Attorney for Defendant*
                                               MERRILL LYNCH & CO., INC.